UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-14
```

RUBEN MARTINEZ, FRANCISCO DIAZ, & MARTIN RAQUEC,

Plaintiffs,

- against -

IANO CORP. d/b/a ACQUA RESTAURANT & SEBASTIANO CAPPITTA,

Defendants.

Case No. 13 Civ. 4336 (PKC)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees as to all claims in the above-captioned lawsuit, with each party to bear its own fees and costs (other than those specified in the Settlement Agreement), and further that Plaintiffs are barred from bringing another claim under the Fair Labor Standards Act, New York Labor Law, or any other federal, state or local law for wages, including overtime pay, for the period set forth in the Amended Complaint against Defendants.

Dated: New York, New York
April 15, 2014

*Attorneys for Plaintiffs*

By: _____

KIRKLAND & ELLIS LLP
William T. Vuk
william.vuk@kirkland.com
James McConnell
james.mcconell@kirkland.com
Justin L. Sowa
justin.sowa@kirkland.com
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

David A. Colodny
URBAN JUSTICE CENTER
123 William Street, 16th Floor
New York, New York 10038
(646) 459-3006
dcolodny@urbanjustice.org

*Attorney for Defendants*

By: _____

KAUFMAN DOLOWICH & VOLUCK LLP
Jeffery Meyer
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 283-8707
jmeyer@kdvlaw.com

With the dismissal, the conference date is vacated.

**SO ORDERED:**

_____
U.S.D.J.
4-16-14

2